UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR DUNCAN ROBLES, *et al.*,

                Plaintiffs,

v.

LUIS FURNITURE #1 INC., *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-15-21

20-CV-6951 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court referred this case to mediation on November 17, 2020. Dkt. 21. According to the docket, a mediation conference was held on January 19, 2021. Since that time, the Court has received no update from the parties. Accordingly, no later than March 22, 2021, the parties shall submit a joint status update informing the Court whether mediation is ongoing, and if not, whether it was successful.

SO ORDERED.

Dated:    March 15, 2021
           New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge