UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/9/21
```

Oscar Duncan Robles, Jaime Genao, *on behalf of themselves and others similarly situated*,

                Plaintiff,

v.

Luis Furniture #1 Inc., Luis Furniture #2 Inc. *doing business as* Amsterdam Furniture, Luis Torres, Nelly Lantigua, and Luis Furniture Style Corp.,

                Defendants.

No. 20-CV-6951 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On October 26, 2021, the Court approved the proposed settlement agreement in this case. Dkt. 28. Pursuant to the terms of the settlement agreement, the parties were to submit a signed, proposed order dismissing the case with prejudice, which the Court would then sign and enter. To date, no proposed order has been filed.

    Accordingly, the parties shall file a signed, proposed order not later than November 19, 2021.

SO ORDERED.

Dated:    November 9, 2021
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge