UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OSCAR DUNCAN ROBLES and JAIME GENAO,
individually and on behalf of all others similarly-
situated,

                    Plaintiffs,

  -against-

LUIS FURNITURE STYLE CORP., LUIS
FURNITURE #1 INC., LUIS FURNITURE #2
INC. d/b/a AMSTERDAM FURNITURE, LUIS
TORRES, and NELLY LANTIGUA,

                    Defendants.
-------------------------------------------------------------X

Civil Action No.
20-cv-06951

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      **WHEREAS,** on August 27, 2020, plaintiffs Oscar Duncan Robles and Jaime Genao (collectively, "Plaintiffs") filed a Complaint against defendants Luis Furniture Style Corporation ("Luis Furniture Style"), Luis Furniture #1 Inc. ("Luis Furniture #1"), Luis Furniture #2 Inc. d/b/a Amsterdam Furniture ("Amsterdam Furniture"), Luis Torres, and Nelly Lantigua (collectively, "Defendants") asserting claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), the New York Labor Law ("NYLL"), and the Internal Revenue Code, 26 U.S.C. § 7434;

      **WHEREAS,** the parties reached a settlement of this action and of Plaintiffs' claims through arms-length negotiations and have entered into a Settlement Agreement and Release, filed on the Court's docket (the "Agreement"), formally memorializing the parties' settlement; and

      **WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA and NYLL;

12

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and ordered by this Court, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: November 15, 2021

KATZ MELINGER PLLC
*Attorneys for Plaintiffs*

By: _____
Adam Sackowitz
280 Madison Avenue, Suite 600
New York, New York 10016
(212) 460-0047
ajsackowitz@katzmelinger.com

Dated: November 15, 2021

LAW OFFICE OF CESAR A. FERNANDEZ, P.C.
*Attorneys for Defendants*

By: _____
Cesar A. Fernandez, Esq.
2298 First Avenue
New York, New York 10035
(212) 348-3334
cfernandezlaw@yahoo.com

**SO ORDERED:**

_____
Hon. Ronnie Abrams
11/16/21